UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
*Electronically Filed*

| | |
|---|---|
| JASON DUCKWORTH ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CASE NO. 5:17-cv-000174-JMH |
| ) | |
| WALMART STORES, INC. and ) | |
| WALMART STORES EAST, L.P. ) | |
| ) | |
| DEFENDANTS ) | |

\*\*\* \*\*\* \*\*\*

**AGREED ORDER OF DISMISSAL**

Plaintiff, James Duckworth, and the Defendants, Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP, by counsel, hereby advise the Court that the parties have reached an agreement concerning the claims of the Plaintiff against Defendants, and the Court having fully considered the same;

**IT IS HEREBY ORDERED AND ADJUDGED** that all of Plaintiff's claims against Defendants are dismissed with prejudice.

Entered this the 10th day of June, 2019.

Joseph M. Hood
JUDGE

**HAVE SEEN AND AGREED TO:**

/s/ Thomas E. Stevens
Jennifer Kincaid Adams
Thomas E. Stevens
BLACKBURN DOMENE & BURCHETT, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202


/s/ Alex Davis (with permission)
Jasper D. Ward IV
Alex C. Davis
1205 East Washington Street, Suite 111
Louisville, KY 40206
*Counsel for Plaintiff*